UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD R. WILKOV, M.D. and WILKOV FAMILY LIMITED PARTNERSHIP,

*Plaintiffs,*

-against-

CARLA ZIMBALIST, PAM CHANLA, ENCINO VERDE DEVELOPMENT, LLC, SCOTT AVENUE DEVELOPMENT, LLC, CPM HOLDINGS, LLC, PMC INTERESTS, LLC, and AMERIPRISE FINANCIAL, INC.,

*Defendants.*

08-CIV-6731

**PLAINTIFF WILKOV FAMILY LIMITED PARTNERSHIP'S DISCLOSURE STATEMENT OF INTERESTED PARTIES**

Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff WILKOV FAMILY LIMITED PARTNERSHIP (a private nongovernmental corporate party) certifies that no parent corporation or publicly held corporation has 10% or more ownership interest in Plaintiff WILKOV FAMILY LIMITED PARTNERSHIP.

Dated: New York, New York
July 28, 2008

Respectfully submitted,

SCHLAM STONE & DOLAN LLP

By _____
Andrew S. Harris
26 Broadway
New York, New York 10004
Telephone: 212-344-5400
Facsimile: 212-344-7677
*Attorneys for Plaintiff*