```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 22
```

CROTTY, J
Part, I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket No. 08-CIV-6731 (4/A)

HOWARD R. WILKOV, M.D. and WILKOV FAMILY LIMITED PARTNERSHIP,

   Plaintiffs,

-against-

CARLA ZIMBALIST, PAM CHANLA, ENCINO VERDE DEVELOPMENT, LLC, SCOTT AVENUE DEVELOPMENT, LLC, CPM HOLDINGS, LLC, PMC INTERESTS, LLC, and AMERIPRISE FINANCIAL, INC.,

   Defendants.

**STIPULATION OF TIME FOR DEFENDANT AMERIPRISE FINANCIAL, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiffs Howard R. Wilkov, M.D. and Wilkov Family Limited Partnership, and defendant Ameriprise Financial, Inc., that the time for defendant to answer, or otherwise respond to the Complaint in this action is hereby extended up to and including September 18, 2008.

This Stipulation is made without prejudice to the defenses of any party hereto.

Dated: New York, New York
August 21, 2008

SCHLAM STONE & DOLAN LLP

By: _____
Jeffrey M. Eilender
John M. Lundin
Andrew S. Harris
26 Broadway
New York, NY 10004
(212) 344-5400
Attorneys for Plaintiffs

BUTZEL LONG

By: _____
Alison B. Cohen, Esq. (AC-7702)
380 Madison Avenue, 22nd floor
New York, NY 10017
(212) 323-8609
cohen@butzel.com
Attorneys for Defendant
AMERIPRISE FINANCIAL, INC.

SO ORDERED:
_____ 8/22/08
United States District Judge
Paul A. Crotty
Part 1

000139890\0001\168410-2